**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:

TOBIAS WARE
SSAN: XXX-XX-4760

Case No. 16-30938-DHW
Chapter 13

Debtor(s)

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1.  The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on April 13, 2016.

2.  The debtor(s) §341 Meeting of Creditors was held May 26, 2016.

**(X)** Debtor proposes to bifurcate his DSO obligation. No bifurcation agreement has been provided to the Trustee.

**(X)** Schedule E lists $15,000.00 in child support interest. The plan makes no corresponding provision.

**(X)** Debtor was to amend Schedules B and C to disclose his retirement account

**(X)** Currently the pay record is 33%. One bi-weekly payment posted on May 10, 2016.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtors' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this June 17, 2016.

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: hayest@ch13mdal.com

Curtis C. Reding
Chapter 13 Trustee


By:/s/ *Tina J. Hayes*

Tina J. Hayes

## <u>CERTIFICATE OF SERVICE</u>

    I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  June 17, 2016.

Copy to: DEBTOR(S)                              /s/ *Tina J. Hayes*
        RICHARD D SHINBAUM               Tina J. Hayes