**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TOBIAS WARE, | ) | CASE NO. 16-30938-DHW |
| | ) | |
| Debtor. | ) | CHAPTER 13 |

### OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
### [Internal Revenue Service]

Comes now the United States of America, by and through George L. Beck, Jr., United States Attorney for the Middle District of Alabama, on behalf of the United States Department of the Treasury, Internal Revenue Service (Service) to object to Confirmation of the Debtor's Chapter 13 Plan, and as grounds states as follows:

    1.    On April 13, 2016, Debtor filed for Chapter 13 relief. [Doc. 1]. Debtor's Plan is set for confirmation in Montgomery, Alabama on August 29, 2016. [Docket entry dated 08/15/2016].

    2.    On June 28, 2016, the Service filed an Amended Proof of Claim, for a total amount of $15,437.53 of which $11,045.10 was classified as secured; $2,893.05 was classified as unsecured priority; and $1,499.38 was classified as unsecured general. [Claim 3-2].

    3.    Debtor's current Plan [Doc. 21] fails to make provision to full pay the Service's secured claim. The Service objects to this lack of full payment and requests that the plan provide for equal monthly payments to the Trustee to amortize the secured debt to the Service. [Doc.23 has a submission error at Doc. 25 as not having the amended plan box checked].

WHEREFORE, the United States prays that this Court withhold confirmation of the Debtor's Chapter 13 Plan until the plan is amended to provide for full payment of the priority claim of the Service through the Chapter 13 Trustee, pursuant to Title 11 U.S.C. §1322(a)(2).

Respectfully submitted this the 22nd day of August, 2016.

    GEORGE L. BECK, JR.
    UNITED STATES ATTORNEY

    /s/DeAnne M. Calhoon
    DeAnne M. Calhoon (CAL065)
    Assistant United States Attorney

U.S. Attorney's Office
Middle District of Alabama
P.O. Box 197
Montgomery, AL 36101
Telephone: 334-551-1714
Facsimile: 334-223-7201
DeeDee.Calhoon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of August, 2016, I served a copy of the foregoing document, Objection to Confirmation, on all parties listed below by the methods stated:

Teresa Jacobs
U.S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104
[electronic filing]

Richard D. Shinbaum
Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101
[electronic filing]

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101
[electronic filing]

Tobias Ware
3688 Old Wetumpka Hwy
Wetumpka, AL 36092
[United States Postal Service]

    /s/DeAnne M. Calhoon
    Assistant United States Attorney